No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

The conviction, on a plea of guilty before the court, is for the offense of driving while intoxicated; the punishment, 3 days in jail and a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

The offense is driving while intoxicated; the punishment, three days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

**Willie FARRIS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28391.

Court of Criminal Appeals of Texas.

June 6, 1956.

**Toby YARBROUGH, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28372.

Court of Criminal Appeals of Texas.

June 6, 1956.

